IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02305-WYD-CBS

MICHAEL WATTS,

    Plaintiff,

v.

LVNV FUNDING, LLC, a Delaware limited liability company,

    Defendant.

---

### ORDER

---

    THIS MATTER is before the Court on plaintiff, Michael Watts's, Notice Of Dismissal With Prejudice [ECF No. 14], filed on November 16, 2012.  After careful review of the file, the Court concludes that pursuant to Rule 41(a)(1)(A)(i) of the FEDERAL RULES of CIVIL PROCEDURE, this action should be dismissed with prejudice. Accordingly, it is

    ORDERED that the above captioned case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney fees and costs.

    Dated: November 20, 2012.

                                  BY THE COURT:

                                  <u>s/ Wiley Y. Daniel</u>
                                  Wiley Y. Daniel
                                  Chief U.S. District Judge